**No. 10-8545. Keith Bradley Graham, Petitioner v. Alan Wilson, Attorney General of South Carolina, et al.**

562 U.S. 1277, 131 S. Ct. 1616, 179 L. Ed. 2d 511, 2011 U.S. LEXIS 2019.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 390 Fed. Appx. 278.